60000. McCALLUM v. THE STATE.

QUILLIAN, Presiding Judge.

The defendant appeals his misdemeanor convictions. *Held:*

There being no transcript or statement of fact prepared from recollection and no error of law appearing from the record, the

judgment must be affirmed. *Thomas v. State,* 151 Ga. App. 562 (260 SE2d 556).

*Judgment affirmed. Shulman and Carley, JJ., concur.*

DECIDED SEPTEMBER 4, 1980.

Kenneth McCallum, *pro se.*
*Hinson McAuliffe, Solicitor,* for appellee.

